WIGGINS v. TAYLOR

No. 101 PC.

Case below: 31 N.C. App. 79.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.